# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**OUR GARAGE AND WRECKER SERVICE,** *et al.*,

    **Plaintiffs,**

v.

    Case No.:  2:99-cv-310
    JUDGE SMITH
    Magistrate Judge King

**CITY OF COLUMBUS,** *et al.*,

    **Defendants.**

## ORDER

On May 31, 2011, this case was remanded back to this Court for proceedings consistent with the United States Supreme Court decision, *City of Columbus v. Ours Garage & Wrecker Serv., Inc.*, 536 U.S. 424, 442 (2002).  Plaintiffs' counsel reported to this Court that there has been a change in the law leaving no remaining issues in this case.  If this is not correct, or either party has any objection to the dismissal of this action, a notice shall be filed with this Court on or before March 2, 2012.  If no objection is received by this date, then the Clerk of this Court is instructed to dismiss this action on March 5, 2012.

    **IT IS SO ORDERED.**

    */s/ George C. Smith*
    **GEORGE C. SMITH, JUDGE**
    **UNITED STATES DISTRICT COURT**